**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC;<br>INTEGRITY MEDICAL SYSTEMS, LLC;<br>CHINTAN TRIVEDI; JOHN DOES 1-10; and<br>ABC CORPORATIONS 1-10,<br><br>Defendants. | Docket No.<br><br>Civil Action<br><br>**DECLARATION OF**<br>**MATTHEW REHM** |

I, Matthew Rehm, of full age, declare as follows:

1.     Since 2017, I have been employed as the Accounting Manager for plaintiff, Salerno Medical Associates, LLP ("**SMA**"), in the above-captioned matter.  In that role, I have become intimately familiar with SMA's administration of its contractual arrangements with defendants, Integrity Medical Systems, LLC ("**IMS**") and Integrity Practice Solutions, LLC ("**IPS**"), and their owner, co-defendant Chintan Trivedi ("**Mr. Trivedi**").  I have personal knowledge of the facts I declare herein.

2.     Since I joined SMA, I have been an active participant in SMA's ongoing assessment of its relationship with IMS and IPS, and I, like certain other SMA employees, have been in regular communication with IMS, IPS, and Mr. Trivedi.  I would often communicate with IMS and IPS personnel (which were one and the same) regarding payment of invoices due to each entity.

3.     As of December 2019, SMA has paid IMS the aggregate amount of $285,515.31 for electronic medical recordkeeping ("**EMR**") services provided by IMS.

4.      During our ongoing review, we discovered that IMS and IPS had been billing SMA in a manner that we believed to be inconsistent with the terms of SMA's agreements with those entities.      Often, and especially last year, whenever we requested supporting documentation/information regarding items on IMS'/IPS' invoices, or more specific breakdowns of the invoices, our requests were met with delays and obfuscation, and we were consistently denied the information we sought.

5.      In light of the difficulties, uncertainties, and billing irregularities we encountered in connection with our dealings with IMS and IPS, and overall dissatisfaction with the quality of the services that they provided, SMA determined to discontinue its relationship with them.

6.      Specifically, with respect to IMS, the last straw came after it became apparent that, late last year, IMS began to bill SMA for amounts allegedly owed to IMS for services provided in the years 2014 and 2015, and amounts which were already paid and for which we have proof.

7.      Indeed, by way of example, as evidenced by a June 26, 2018 email sent to me by Raghav, an individual in the employ of Mr. Trivedi, IMS was not claiming (because it could not) that, as of that date, SMA owed it any amounts for services provided in the years 2014 and 2015. Attached hereto as **Exhibit A** is a copy of the email sent to me by Mr. Raghav, with whom SMA would communicate regularly about both IMS and IPS matters, and below is a screenshot of the portion of the Excel document that was attached to that email that represented the outstanding balances owed with respect to the services IMS provided to SMA.

| Salerno Medical Associates EMR Service | | | | | | |
|---|---|---|---|---|---|---|
| Quarterly | Monthly Rate | Invoiced Amount | Due Amount | Status | Payment Details | |
| One Time Upfront Charges | | $26,750.00 | $0.00 | Invoice Closed | 12/2/16 | $10,000.00 |
| Jan2016 to Mar2016 | $2,193.00 | $7,038.53 | $0.00 | Invoice Closed | 12/27/16 | $5,000.00 |
| Apr2016 to Jun2016 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 2/24/17 | $11,750.00 |
| Jul2016 to Sep2016 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 5/1/17 | $12,800.00 |
| Oct2016 to Dec2016 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 5/12/17 | $30,000.00 |
| Jan2017 to Mar2017 | $2,610.00 | $8,368.31 | $0.00 | Invoice Closed | 9/25/17 | $9,600.00 |
| Apr2017 to Jun2017 | $2,610.00 | $8,368.31 | $0.00 | Invoice Closed | 6/7/18 | $27,425.24 |
| July2017 to Sep2017 | $2,610.00 | $8,368.31 | $0.00 | Invoice Closed | | |
| Oct2017 to Dec2017 | $2,925.00 | $9,378.28 | $0.00 | Invoice Closed | | |
| Jan2018 to Mar2018 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | | |
| April2018 to June2018 | $3,515.00 | $11,243.61 | $5,303.30 | Invoice Open | | |
| | | $111,878.55 | $5,303.30 | | | $106,575.24 |

8.     Subsequent to the emergence of a dispute between the parties, whereby IMS concocted that SMA owed money to IMS for services provided in 2014 and 2015, and which were already paid, IMS, through Mr. Raghav, claimed that, as of February 10, 2020, SMA still owed IMS $87,572.19. IMS also acknowledged that, throughout the duration of the parties' relationship, IMS invoiced SMA in the total amount of $262,619.66. However, SMA had paid IMS the aggregate amount of $285,515.31, which is $22,895.65 more than the total invoiced amount. As such, not only did SMA not have an outstanding balance for the EMR services, IMS actually owed, and still owes, SMA a refund in the amount of at least $22,895.65.

9.     Attached hereto as **Exhibit B** is an accurate list of all checks SMA sent to IMS from 2016 through December 2019, totaling $285,515.31.

10.    Attached hereto as **Exhibit C** are copies of each check that SMA sent to IMS from 2016 through December 2019, many of which indicate, in the memo line, payments for services provided in 2014 and 2015.

11.    Attached hereto as **Exhibit D** is a true and complete copy of a list of all checks SMA sent to IPS throughout the duration of its relationship with SMA, totaling $427,786.00.

12.    As this documentary evidence conclusively reveals, SMA has been more than current on any amounts allegedly outstanding to IMS.

13.    Attached hereto as **Exhibit E** is an illustrative example of an invoice, dated July 25, 2018, that SMA would receive from IMS. Notably, this IMS invoice (like all IMS invoices that SMA received) lists the "pay to" address as 26 Musket Drive, Basking Ridge, New Jersey 07920, which I know to be Mr. Trivedi's residential address. In addition, this specific invoice, dated July 25, 2018, does not show any outstanding past-due balance owed to IMS at all.

14.     Attached hereto as **<u>Exhibit F</u>** is an illustrative example of an invoice, dated August 8, 2018, that SMA would receive from IPS.  Notably, this IPS invoice (like all IPS invoices that SMA received) lists the "pay to" address as 26 Musket Drive, Basking Ridge, New Jersey 07920, which I know to be Mr. Trivedi's residential address.

15.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 9, 2020

Matthew Rehm

# EXHIBIT A

## Salerno Medical Updated Sheet

raghavendra@iglobalservices.net <raghavendra@iglobalservices.net>
Tue 6/26/2018 10:44 AM
**To:** Matthew Rehm <mrehm@salernomedical.com>

📎 1 attachments (49 KB)
Salerno Medical Updated.xls;

Dear Matt,

Please find attached updated sheet.

Billing Service:**$12600** (1 Open Invoices)

EMR Service: **$5303.30** (1 Open Invoices)

Other Services: **$4496.36**( Four Open Invoices)

Total Due Amount : **$22,399.66**   (Till date open invoices)

If any queries please let me know.

Thanks
Raghav

**Salerno Medical Associates EMR Service**

| Quaterly | Monthly Rate | Invoiced Amount | Due Amount | Status | Payment Details | |
|---|---|---|---|---|---|---|
| One Time Upfront Charges | | $26,750.00 | $0.00 | Invoice Closed | 12/2/16 | $10,000.00 |
| Jan2016 to Mar2016 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 12/27/16 | $5,000.00 |
| Apr2016 to Jun2016 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 2/24/17 | $11,750.00 |
| Jul2016 to Sep2016 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 5/1/17 | $12,800.00 |
| Oct2016 to Dec2016 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 5/12/17 | $30,000.00 |
| Jan2017 to Mar2017 | $2,610.00 | $8,368.31 | $0.00 | Invoice Closed | 9/25/17 | $9,600.00 |
| Apr2017 to Jun2017 | $2,610.00 | $8,368.31 | $0.00 | Invoice Closed | 6/7/18 | $27,425.24 |
| July2017 to Sep2017 | $2,610.00 | $8,368.31 | $0.00 | Invoice Closed | | |
| Oct2017 to Dec2017 | $2,925.00 | $9,378.28 | $0.00 | Invoice Closed | | |
| Jan2018 to Mar2018 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | | |
| April2018 to June2018 | $3,515.00 | $11,243.61 | $5,303.30 | Invoice Open | | |
| | | $111,878.55 | $5,303.30 | | | $106,575.24 |

**Salerno Medical Associates Billing Service**

| Monthly | Invoiced Amount | Due Amount | Status | Payment Details | |
|---|---|---|---|---|---|
| Jan-16 | $6,400.00 | $0.00 | Invoice Closed | 4/18/16 | $6,400.00 |
| Feb-16 | $6,400.00 | $0.00 | Invoice Closed | 5/25/16 | $6,400.00 |
| Mar-16 | $6,400.00 | $0.00 | Invoice Closed | 9/2/16 | $6,400.00 |
| Apr-16 | $6,400.00 | $0.00 | Invoice Closed | 9/2/16 | $6,400.00 |
| May-16 | $6,400.00 | $0.00 | Invoice Closed | 9/20/16 | $6,400.00 |
| Jun-16 | $6,400.00 | $0.00 | Invoice Closed | 9/20/16 | $6,400.00 |
| Jul-16 | $6,400.00 | $0.00 | Invoice Closed | 9/27/16 | $6,400.00 |
| Aug-16 | $6,400.00 | $0.00 | Invoice Closed | 10/17/16 | $6,400.00 |
| Sep-16 | $6,400.00 | $0.00 | Invoice Closed | 12/30/16 | $6,400.00 |
| Oct-16 | $6,400.00 | $0.00 | Invoice Closed | 12/30/16 | $6,400.00 |
| Nov-16 | $6,400.00 | $0.00 | Invoice Closed | 12/30/16 | $6,400.00 |
| Dec-16 | $6,400.00 | $0.00 | Invoice Closed | 2/18/17 | $6,400.00 |
| Jan-17 | $6,400.00 | $0.00 | Invoice Closed | 7/11/17 | $6,400.00 |
| Feb-17 | $6,400.00 | $0.00 | Invoice Closed | | |
| Mar-17 | $6,400.00 | $0.00 | Invoice Closed | 1/16/18 | $19,200.00 |
| Apr-17 | $6,400.00 | $0.00 | Invoice Closed | | |
| May-17 | $6,400.00 | $0.00 | Invoice Closed | | |
| Jun-17 | $6,400.00 | $0.00 | Invoice Closed | 2/6/18 | $19,200.00 |
| Jul-17 | $6,400.00 | $0.00 | Invoice Closed | | |
| Aug-17 | $6,400.00 | $0.00 | Invoice Closed | | |
| Sep-17 | $6,400.00 | $0.00 | Invoice Closed | 4/2/18 | $25,600.00 |
| Oct-17 | $6,400.00 | $0.00 | Invoice Closed | | |
| Nov-17 | $6,400.00 | $0.00 | Invoice Closed | | |
| Dec-17 | $6,400.00 | $0.00 | Invoice Closed | 6/7/18 | |
| Jan-18 | $13,850.00 | $0.00 | Invoice Closed | 5/25/18 | $13,850.00 |
| Feb-18 | $12,600.00 | $0.00 | Invoice Closed | 6/1/18 | $12,600.00 |
| Mar-18 | $12,600.00 | $0.00 | Invoice Closed | 6/7/18 | $31,600.00 |
| Apr-18 | $12,600.00 | $0.00 | Invoice Closed | | |
| May-18 | $12,600.00 | $12,600.00 | Invoice Open | | |
| | $217,850.00 | $12,600.00 | | | $205,250.00 |

# EXHIBIT B

4:44 PM

05/29/20

Accrual Basis

**Salerno Medical Associates LLP**
**Find Report**
**All Transactions**

| Type | Date | Num | Name | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|---------|-----|-------|--------|---------|
| Check | 01/31/2020 | 13343 | Integrity Medical Sy... | TD Bank Operating ... | X | Consulting | 0.00 | 0.00 |
| Check | 01/30/2020 | 13331 | Integrity Medical Sy... | TD Bank Operating ... | X | Consulting | 0.00 | 0.00 |
| Check | 01/29/2020 | 13329 | Integrity Medical Sy... | TD Bank Operating ... | X | Consulting | 0.00 | 0.00 |
| Check | 12/20/2019 | 13169 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -16,230.46 | -16,230.46 |
| Check | 09/26/2019 | 12819 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -1,303.92 | -17,534.38 |
| Check | 08/29/2019 | 12663 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -3,995.00 | -21,529.38 |
| Check | 08/29/2019 | 12699 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -13,207.65 | -34,737.03 |
| Check | 08/01/2019 | 12524 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -11,243.61 | -45,980.64 |
| Check | 07/18/2019 | 12486 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -2,579.79 | -48,560.43 |
| Check | 07/18/2019 | 12487 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -1,464.87 | -50,025.30 |
| Check | 07/02/2019 | 12393 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -3,995.00 | -54,020.30 |
| Check | 05/23/2019 | 12227 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -3,995.00 | -58,015.30 |
| Check | 04/25/2019 | 12051 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -5,000.00 | -63,015.30 |
| Check | 03/14/2019 | 11833 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -3,995.00 | -67,010.30 |
| Check | 02/15/2019 | 11686 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -5,500.00 | -72,510.30 |
| Check | 01/24/2019 | 11544 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -3,995.00 | -76,505.30 |
| Check | 12/13/2018 | 11285 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -2,317.30 | -78,822.60 |
| Check | 10/30/2018 | 11043 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -11,243.61 | -90,066.21 |
| Check | 09/07/2018 | 10649 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -1,931.75 | -91,997.96 |
| Check | 08/21/2018 | 10534 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -11,243.61 | -103,241.57 |
| Check | 06/28/2018 | 10218 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -5,303.31 | -108,544.88 |
| Check | 06/04/2018 | 10079 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -4,496.36 | -113,041.24 |
| Check | 05/30/2018 | 10060 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -27,425.24 | -140,466.48 |
| Check | 05/24/2018 | 10010 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -2,716.30 | -143,182.78 |
| Check | 05/02/2018 | 9884 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -2,587.00 | -145,769.78 |
| Check | 03/23/2018 | 9652 | Integrity Medical Sy... | TD Bank Operating ... | X | Consulting | 0.00 | -145,769.78 |
| Check | 01/15/2018 | 9286 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -19,200.00 | -164,969.78 |
| Check | 01/02/2018 | 9189 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -19,200.00 | -184,169.78 |
| Check | 11/15/2017 | 8843 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -374.06 | -184,543.84 |
| Check | 11/06/2017 | 8777 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -6,401.81 | -190,945.65 |
| Check | 09/15/2017 | 8514 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -9,600.00 | -200,545.65 |
| Check | 08/30/2017 | 8408 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -4,269.66 | -204,815.31 |
| Check | 07/14/2017 | 8170 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -2,500.00 | -207,315.31 |
| Check | 07/05/2017 | 8108 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -1,250.00 | -208,565.31 |
| Check | 06/30/2017 | 8100 | Integrity Medical Sy... | TD Bank Operating ... | | Consulting | -6,400.00 | -214,965.31 |
| Bill Pmt ... | 04/26/2017 | 7770 | Integrity Medical Sy... | TD Bank Operating ... | | Accounts Pay... | -30,000.00 | -244,965.31 |
| Bill Pmt ... | 04/19/2017 | 7756 | Integrity Medical Sy... | TD Bank Operating ... | | Accounts Pay... | -12,800.00 | -257,765.31 |
| Bill Pmt ... | 02/15/2017 | 7639 | Integrity Medical Sy... | TD Bank Operating ... | | Accounts Pay... | -11,750.00 | -269,515.31 |
| Bill Pmt ... | 12/12/2016 | 1150 | Integrity Medical Sy... | Greater Hudson - O... | X | Accounts Pay... | -5,000.00 | -274,515.31 |
| Bill Pmt ... | 11/16/2016 | 7418 | Integrity Medical Sy... | TD Bank Operating ... | X | Accounts Pay... | -10,000.00 | -284,515.31 |
| Bill Pmt ... | 03/02/2016 | 6552 | Integrity Medical Sy... | TD Bank Operating ... | X | Accounts Pay... | -1,000.00 | -285,515.31 |
| **Total** | | | | | | | **-285,515.31** | **-285,515.31** |

# EXHIBIT C



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A TWO-TONED COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**SALERNO MEDICAL ASSOCIATES, LLP**
613 EAST PARK AVE.
EAST ORANGE, NJ 07017-1905

TD BANK
425 PLEASANT VALLEY WAY
WEST ORANGE, NJ 07052

7418

11/16/2016

PAY TO THE
ORDER OF   Integrity Medical Systems LLC

$ **10,000.00

Ten Thousand and 00/100************************************************************************************   DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO
June 2014–July 2016          SECURITY FEATURES INCLUDED. DETAILS ON BACK          AUTHORIZED SIGNATURE

⑈007418⑈

Account:
Amount: 10,000.00
PostDate: 20161202
Tran_ID: 566447396
CheckNum: 7418
DIN: 566447426
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 566447426
ECEItemSeqNum: 660842176924

DDA_DEBIT     AHOBBS          1000000
Warren Liberty Corne

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Account:
Amount: 10,000.00
PostDate: 20161202
Tran_ID: 566447396
CheckNum: 7418
DIN: 566447426
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 566447426
ECEItemSeqNum: 660842176924



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD BANK, NA TD BANK, NA
55-136/312

7639

2/15/2017

PAY TO THE
ORDER OF    Integrity Medical Systems LLC                    $ **11,750.00

Eleven Thousand Seven Hundred Fifty and 00/100***************************************************** DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO    June 2014-July 2016

⑈"007639"⑈

---

Account:
Amount: 11,750.00
PostDate: 20170224
Tran_ID: 774276151
CheckNum: 7639
DIN: 774276161
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 774276161
ECEItemSeqNum: 660843256572

---

DDA_DEBIT    HELFARR    1175000
Warren Liberty Corne

---

Account:
Amount: 11,750.00
PostDate: 20170224
Tran_ID: 774276151
CheckNum: 7639
DIN: 774276161
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 774276161
ECEItemSeqNum: 660843256572



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD BANK, NA TD BANK, NA
55-136/312

7770

4/26/2017

PAY TO THE
ORDER OF    Integrity Medical Systems LLC

$ **30,000.00

Thirty Thousand and 00/100***************************************************************    DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

PROTECTED AGAINST FRAUD

MEMO

June 2014-July 2016

⑆007770⑆

Account:
Amount: 30,000.00
PostDate: 20170512
Tran_ID: 751832411
CheckNum: 7770
DIN: 751832471
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 751832471
ECEItemSeqNum: 576348105931

DDA_DEBIT     SANGLIN          3000000
Franklin Route 23

Account:
Amount: 30,000.00
PostDate: 20170512
Tran_ID: 751832411
CheckNum: 7770
DIN: 751832471
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 751832471
ECEItemSeqNum: 576348105931



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**10079**

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

6/4/2018

PAY TO THE
ORDER OF _____ Integrity Medical Systems LLC

$ **4,496.36**

Four Thousand Four Hundred Ninety-Six and 36/100************************************************************ DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

‖ PROTECTED AGAINST FRAUD ‖

MEMO   Invoices # 1446 / 0002030 / 002372 / 002768

⑈0 10079⑈

Account:
Amount: 4,496.36
PostDate: 20180702
Tran_ID: 772659121
CheckNum: 10079
DIN: 772659151
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 772659151
ECEItemSeqNum: 660843438883

DDA_DEBIT     JTAYLO7        449636
Warren Liberty Corne

Account:
Amount: 4,496.36
PostDate: 20180702
Tran_ID: 772659121
CheckNum: 10079
DIN: 772659151
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 772659151
ECEItemSeqNum: 660843438883



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-135/312

10534

8/21/2018

PAY TO THE ORDER OF   Integrity Medical Systems LLC

$ **11,243.61

Eleven Thousand Two Hundred Forty-Three and 61/100********************************************************************** DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

PROTECTED AGAINST FRAUD

MEMO   Invoice #4227

⑆010534⑆

Account:
Amount: 11,243.61
PostDate: 20180905
Tran_ID: 532935256
CheckNum: 10534
DIN: 532935296
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 532935296
ECEItemSeqNum: 660840363927

DDA_DEBIT    MNUGENT        1124361
Warren Liberty Corne

Account:
Amount: 11,243.61
PostDate: 20180905
Tran_ID: 532935256
CheckNum: 10534
DIN: 532935296
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 532935296
ECEItemSeqNum: 660840363927



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-136/312

10649

9/7/2018

PAY TO THE
ORDER OF     Integrity Medical Systems LLC

$ ***1,931.75

One Thousand Nine Hundred Thirty-One and 75/100************************************************************* DOLLARS

🔒 PROTECTED AGAINST FRAUD

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO     Invoice #2041

⑈⑈0 10649⑈⑈

Account:
Amount: 1,931.75
PostDate: 20180914
Tran_ID: 520473551
CheckNum: 10649
DIN: 520473556
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 520473556
ECEItemSeqNum: 660843463756

DDA_DEBIT     JTAYLO7          193175
Warren Liberty Corne

Account:
Amount: 1,931.75
PostDate: 20180914
Tran_ID: 520473551
CheckNum: 10649
DIN: 520473556
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 520473556
ECEItemSeqNum: 660843463756



CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
56-138/312

**11285**

12/13/2018

PAY TO THE ORDER OF   Integrity Medical Systems LLC          $ **2,317.30

Two Thousand Three Hundred Seventeen and 30/100********************************************************   DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO   Invoice #0002124

⑆011285⑆

Account:
Amount: 2,317.30
PostDate: 20181227
Tran_ID: 529243301
CheckNum: 11285
DIN: 529243311
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 529243311
ECEItemSeqNum: 567942380817

DDA_DEBIT       SZAPAT2       231730
Old Bridge-Route 9

Account:
Amount: 2,317.30
PostDate: 20181227
Tran_ID: 529243301
CheckNum: 11285
DIN: 529243311
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 529243311
ECEItemSeqNum: 567942380817



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

11544

1/24/2019

PAY TO THE
ORDER OF     Integrity Medical Systems LLC                    $ **3,995.00

Three Thousand Nine Hundred Ninety-Five and 00/100************************************ DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

⬡ PROTECTED AGAINST FRAUD ⬡

MEMO     Invoice #0002182

⑈011544⑈

---

Account:
Amount: 3,995.00
PostDate: 20190213
Tran_ID: 733956656
CheckNum: 11544
DIN: 733956706
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 733956706
ECEItemSeqNum: 572350117769

---

DDA_DEBIT     RWHIT10          399500
Juno Isles 0023

---

Account:
Amount: 3,995.00
PostDate: 20190213
Tran_ID: 733956656
CheckNum: 11544
DIN: 733956706
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 733956706
ECEItemSeqNum: 572350117769



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

11686

2/15/2019

PAY TO THE
ORDER OF _____ Integrity Medical Systems LLC _____   $ **5,500.00

Five Thousand Five Hundred and 00/100*********************************************************   DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO   Invoice #0002185

⑈0⑈1⑈686⑈

Account:
Amount: 5,500.00
PostDate: 20190304
Tran_ID: 754580526
CheckNum: 11686
DIN: 754580561
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 754580561
ECEItemSeqNum: 660841276558

DDA_DEBIT     KRIBAUD          550000
Warren Liberty Corne

Account:
Amount: 5,500.00
PostDate: 20190304
Tran_ID: 754580526
CheckNum: 11686
DIN: 754580561
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 754580561
ECEItemSeqNum: 660841276558



**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

11841

3/14/2019

PAY TO THE
ORDER OF    Integrity Practice Solutions                                    $ **17,400.00

Seventeen Thousand Four Hundred and 00/100************************************************************************ DOLLARS

Integrity Practice Solutions
26 Musket Drive
Basking Ridge, NJ 07920

MEMO    Invoice 5658

⑆011841⑆

Account:
Amount: 17,400.00
PostDate: 20190416
Tran_ID: 733219216
CheckNum: 11841
DIN: 733219226
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 733219226
ECEItemSeqNum: 427544245462

DDA_DEBIT    JGARC17    1740000
Nutley-Franklin Ave (

Account:
Amount: 17,400.00
PostDate: 20190416
Tran_ID: 733219216
CheckNum: 11841
DIN: 733219226
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 733219226
ECEItemSeqNum: 427544245462

Page 8 of 24



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

11833

3/14/2019

PAY TO THE
ORDER OF    Integrity Medical Systems LLC                    $ **3,995.00

Three Thousand Nine Hundred Ninety-Five and 00/100********************************************************** DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

U PROTECTED AGAINST FRAUD

MEMO   Invoice #0002196

⑈O⑈11833⑈

---

Account:
Amount: 3,995.00
PostDate: 20190325
Tran_ID: 769592636
CheckNum: 11833
DIN: 769592641
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 769592641
ECEItemSeqNum: 660841286228

---

DDA_DEBIT        KRIBAUD        399500
Warren Liberty Corne (

---

Account:
Amount: 3,995.00
PostDate: 20190325
Tran_ID: 769592636
CheckNum: 11833
DIN: 769592641
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 769592641
ECEItemSeqNum: 660841286228



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

12051

4/25/2019

PAY TO THE
ORDER OF   Integrity Medical Systems LLC

$ **5,000.00

Five Thousand and 00/100************************************************************************************  DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO   Estimate 2108

⑆0⑆2051⑆

Account:
Amount: 5,000.00
PostDate: 20190520
Tran_ID: 759094991
CheckNum: 12051
DIN: 759095026
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 759095026
ECEItemSeqNum: 563944411975

DDA_DEBIT      SROMAN2         500000
Edison-Oak Tree

Account:
Amount: 5,000.00
PostDate: 20190520
Tran_ID: 759094991
CheckNum: 12051
DIN: 759095026
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 759095026
ECEItemSeqNum: 563944411975



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-136/312

12227

5/23/2019

PAY TO THE
ORDER OF        Integrity Medical Systems LLC                    $ **3,995.00

Three Thousand Nine Hundred Ninety-Five and 00/100************************************************* DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

⌘ PROTECTED AGAINST FRAUD ⌘

MEMO    Inv. #0002260

⑆012227⑈

---

Account:
Amount: 3,995.00
PostDate: 20190701
Tran_ID: 560259996
CheckNum: 12227
DIN: 560260011
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 560260011
ECEItemSeqNum: 522942344514

---

DDA_DEBIT      NPATE24        399500
Metuchen

---

Account:
Amount: 3,995.00
PostDate: 20190701
Tran_ID: 560259996
CheckNum: 12227
DIN: 560260011
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 560260011
ECEItemSeqNum: 522942344514



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
813 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

12487

7/18/2019

PAY TO THE
ORDER OF    Integrity Medical Systems LLC                                                    $ **1,464.87

One Thousand Four Hundred Sixty-Four and 87/100************************************************************* DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

PROTECTED AGAINST FRAUD

MEMO   Inv. #0002271

⑆0 1 2 4 8 7⑈

Account:
Amount: 1,464.87
PostDate: 20190805
Tran_ID: 736704761
CheckNum: 12487
DIN: 736704796
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 736704796
ECEItemSeqNum: 660840524961

DDA_DEBIT    KRIBAUD    146487
Warren Liberty Corne

Account:
Amount: 1,464.87
PostDate: 20190805
Tran_ID: 736704761
CheckNum: 12487
DIN: 736704796
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 736704796
ECEItemSeqNum: 660840524961



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

12486

7/18/2019

PAY TO THE ORDER OF       Integrity Medical Systems LLC                                    $ **2,579.79

Two Thousand Five Hundred Seventy-Nine and 79/100 *************************************** DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO    Inv. #0002252

⑈0⑈2486⑈

---

Account:
Amount: 2,579.79
PostDate: 20190805
Tran_ID: 736704761
CheckNum: 12486
DIN: 736704801
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 736704801
ECEItemSeqNum: 660840524962

---

DDA_DEBIT      KRIBAUD        57979
Warren Liberty Corne

---

Account:
Amount: 2,579.79
PostDate: 20190805
Tran_ID: 736704761
CheckNum: 12486
DIN: 736704801
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 736704801
ECEItemSeqNum: 660840524962



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

12393

7/2/2019

PAY TO THE
ORDER OF ___ Integrity Medical Systems LLC ___ $ **3,995.00

Three Thousand Nine Hundred Ninety-Five and 00/100************************************************ DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO   Inv.#0002273

⑈⑆O⑈⑈2393⑈⑆

---

Account:
Amount: 3,995.00
PostDate: 20190715
Tran_ID: 734731061
CheckNum: 12393
DIN: 734731071
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 734731071
ECEItemSeqNum: 660851288743

---

DDA_DEBIT        KRIBAUD        399500
Warren Liberty Corne

---

Account:
Amount: 3,995.00
PostDate: 20190715
Tran_ID: 734731061
CheckNum: 12393
DIN: 734731071
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 734731071
ECEItemSeqNum: 660851288743



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-136/212

12524

8/1/2019

PAY TO THE
ORDER OF    Integrity Medical Systems LLC                        $ **11,243.61

Eleven Thousand Two Hundred Forty-Three and 61/100************************************************ DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO   Inv. #0002176

⑆012524⑆

Account:
Amount: 11,243.61
PostDate: 20190828
Tran_ID: 515373641
CheckNum: 12524
DIN: 515373661
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 515373661
ECEItemSeqNum: 563943000712

DDA_DEBIT MTOMI  11243.61
Edison-Oak Tree

Account:
Amount: 11,243.61
PostDate: 20190828
Tran_ID: 515373641
CheckNum: 12524
DIN: 515373661
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 515373661
ECEItemSeqNum: 563943000712



Account:
Amount: 13,207.65
PostDate: 20190923
Tran_ID: 706265931
CheckNum: 12699
DIN: 706265986
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 706265986
ECEItemSeqNum: 660840008303

Account:
Amount: 13,207.65
PostDate: 20190923
Tran_ID: 706265931
CheckNum: 12699
DIN: 706265986
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 706265986
ECEItemSeqNum: 660840008303



CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
56-138/312

12663

8/29/2019

PAY TO THE
ORDER OF    Integrity Medical Systems LLC                    $ **3,995.00

Three Thousand Nine Hundred Ninety-Five and 00/100******************************************************* DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

✶ PROTECTED AGAINST FRAUD ✶

MEMO   Inv #0002322

⑆012663⑆

Account:
Amount: 3,995.00
PostDate:  20190923
Tran_ID: 706265931
CheckNum:  12663
DIN: 706265991
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 706265991
ECEItemSeqNum:  660840008304

DDA  DEBIT MNUGENT  3995.00
Warren Liberty Corner

Account:
Amount: 3,995.00
PostDate:  20190923
Tran_ID: 706265931
CheckNum:  12663
DIN: 706265991
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  706265991
ECEItemSeqNum:  660840008304



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-136/312

12819

9/26/2019

PAY TO THE ORDER OF  Integrity Medical Systems LLC                                    $ **1,303.92

One Thousand Three Hundred Three and 92/100************************************************** DOLLARS

A PROTECTED AGAINST FRAUD B

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO  Inv.#0002320

⑈012819⑈

Account:
Amount: 1,303.92
PostDate: 20191007
Tran_ID: 717225296
CheckNum: 12819
DIN: 717225306
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 717225306
ECEItemSeqNum: 660840013728

DDA_DEBIT AAMIN4  1303.92
Warren Liberty Corner

Account:
Amount: 1,303.92
PostDate: 20191007
Tran_ID: 717225296
CheckNum: 12819
DIN: 717225306
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 717225306
ECEItemSeqNum: 660840013728



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
813 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-138/312

13169

12/20/2019

PAY TO THE ORDER OF   Integrity Medical Systems LLC                                      $ ***16,230.46

Sixteen Thousand Two Hundred Thirty and 46/100**************************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO   Inv. #0002361

⑈013169⑈

Account:
Amount: 16,230.46
PostDate: 20200114
Tran_ID: 509956131
CheckNum: 13169
DIN: 509956136
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 509956136
ECEItemSeqNum: 660840039250

DDA_DEBIT CSAUND2  16230.46
Warren Liberty Corner

Account:
Amount: 16,230.46
PostDate: 20200114
Tran_ID: 509956131
CheckNum: 13169
DIN: 509956136
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 509956136
ECEItemSeqNum: 660840039250



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Salerno Medical Associates**
613 Park Avenue
East Orange, NJ 07017
(973) 672-8573

TD Bank, National Association
55-136/312

13170

12/20/2019

PAY TO THE ORDER OF   Integrity Practice Solutions

$ **22,703.00

Twenty-Two Thousand Seven Hundred Three and 00/100************************************************************ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Integrity Practice Solutions
26 Musket Drive
Basking Ridge, NJ 07920

MEMO   Invoice 6565

⑆013170⑆

Account:
Amount: 22,703.00
PostDate: 20200114
Tran_ID: 509956431
CheckNum: 13170
DIN: 509956446
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 509956446
ECEItemSeqNum: 660840039320

DDA_DEBIT CSAUND2  22703.00
Warren Liberty Corner

Account:
Amount: 22,703.00
PostDate: 20200114
Tran_ID: 509956431
CheckNum: 13170
DIN: 509956446
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 509956446
ECEItemSeqNum: 660840039320

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

1150

**SALERNO MEDICAL ASSOCIATES LLP**
**OPERATING ACCOUNT**
613 PARK AVE
EAST ORANGE, NJ  07017

GREATER HUDSON BANK
715 ROUTE 304
BARDONIA, NY 10954

50-1363/0219
03

12/12/2016

PAY TO THE
ORDER OF    Integrity Medical Systems LLC

$ **5,000.00

Five Thousand and 00/100************************************************************************************

DOLLARS

Integrity Medical Systems LLC
26 Musket Drive
Basking Ridge, NJ 07920

MEMO
June 2014-July 2016

AUTHORIZED SIGNATURE

⑈⑈001150⑈⑈

TRN_DEBIT        AHOBBS            500000
Warren Liberty Corne





Account:
Amount: 1,000.00
PostDate: 20160307
Tran_ID: 540775991
CheckNum: 6552
DIN: 540776066
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 540776066
ECEItemSeqNum: 576344055360



Account:
Amount: 1,000.00
PostDate: 20160307
Tran_ID: 540775991
CheckNum: 6552
DIN: 540776066
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 540776066
ECEItemSeqNum: 576344055360





Account:
Amount: 12,800.00
PostDate: 20170501
Tran_ID: 771945551
CheckNum: 7756
DIN: 771945586
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 771945586
ECEItemSeqNum: 563946202961

Account:
Amount: 12,800.00
PostDate: 20170501
Tran_ID: 771945551
CheckNum: 7756
DIN: 771945586
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 771945586
ECEItemSeqNum: 563946202961



Account:
Amount: 6,400.00
PostDate: 20170711
Tran_ID: 755161456
CheckNum: 8100
DIN: 755161501
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 755161501
ECEItemSeqNum: 660838148523



Account:
Amount: 6,400.00
PostDate: 20170711
Tran_ID: 755161456
CheckNum: 8100
DIN: 755161501
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 755161501
ECEItemSeqNum: 660838148523



Account:
Amount: 1,250.00
PostDate: 20170711
Tran_ID: 755161591
CheckNum: 8108
DIN: 755161621
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 755161621
ECEItemSeqNum: 660838148548



Account:
Amount: 1,250.00
PostDate: 20170711
Tran_ID: 755161591
CheckNum: 8108
DIN: 755161621
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 755161621
ECEItemSeqNum: 660838148548



Account:
Amount: 2,500.00
PostDate: 20170720
Tran_ID: 703131071
CheckNum: 8170
DIN: 703131081
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 703131081
ECEItemSeqNum: 567254228278



Account:
Amount: 2,500.00
PostDate: 20170720
Tran_ID: 703131071
CheckNum: 8170
DIN: 703131081
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 703131081
ECEItemSeqNum: 567254228278



Account:
Amount: 4,269.66
PostDate: 20170906
Tran_ID: 538824496
CheckNum: 8408
DIN: 538824506
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 538824506
ECEItemSeqNum: 660844027457



Account:
Amount: 4,269.66
PostDate: 20170906
Tran_ID: 538824496
CheckNum: 8408
DIN: 538824506
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 538824506
ECEItemSeqNum: 660844027457





Account:
Amount: 9,600.00
PostDate: 20170925
Tran_ID: 736794431
CheckNum: 8514
DIN: 736794481
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 736794481
ECEItemSeqNum: 660851049428

Account:
Amount: 9,600.00
PostDate: 20170925
Tran_ID: 736794431
CheckNum: 8514
DIN: 736794481
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 736794481
ECEItemSeqNum: 660851049428





Account:
Amount: 6,401.81
PostDate: 20171113
Tran_ID: 735083651
CheckNum: 8777
DIN: 735083686
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 735083686
ECEItemSeqNum: 567748561974

Account:
Amount: 6,401.81
PostDate: 20171113
Tran_ID: 735083651
CheckNum: 8777
DIN: 735083686
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 735083686
ECEItemSeqNum: 567748561974



Account:
Amount:  374.06
PostDate:  20171127
Tran_ID:  731410501
CheckNum:  8843
DIN:  731410536
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  731410536
ECEItemSeqNum:  660840251926

Account:
Amount:  374.06
PostDate:  20171127
Tran_ID:  731410501
CheckNum:  8843
DIN:  731410536
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  731410536
ECEItemSeqNum:  660840251926





Account:
Amount:  19,200.00
PostDate:  20180116
Tran_ID:  563334511
CheckNum:  9189
DIN:  563334556
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  563334556
ECEItemSeqNum:  563942265772

Account:
Amount:  19,200.00
PostDate:  20180116
Tran_ID:  563334511
CheckNum:  9189
DIN:  563334556
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  563334556
ECEItemSeqNum:  563942265772





Account:
Amount:  19,200.00
PostDate:  20180206
Tran_ID:  707469586
CheckNum:  9286
DIN:  707469631
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  707469631
ECEItemSeqNum:  563942275570

Account:
Amount:  19,200.00
PostDate:  20180206
Tran_ID:  707469586
CheckNum:  9286
DIN:  707469631
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  707469631
ECEItemSeqNum:  563942275570





Account:
Amount:  2,587.00
PostDate:  20180525
Tran_ID:  539661676
CheckNum:  9884
DIN:  539661736
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  539661736
ECEItemSeqNum:  660841237561

Account:
Amount:  2,587.00
PostDate:  20180525
Tran_ID:  539661676
CheckNum:  9884
DIN:  539661736
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  539661736
ECEItemSeqNum:  660841237561



Account:
Amount: 2,716.30
PostDate: 20180601
Tran_ID: 712826416
CheckNum: 10010
DIN: 712826421
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 712826421
ECEItemSeqNum: 660840322094



Account:
Amount: 2,716.30
PostDate: 20180601
Tran_ID: 712826416
CheckNum: 10010
DIN: 712826421
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 712826421
ECEItemSeqNum: 660840322094





Account:
Amount: 27,425.24
PostDate: 20180607
Tran_ID: 572133431
CheckNum: 10060
DIN: 572133456
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 572133456
ECEItemSeqNum: 563845453574

Account:
Amount: 27,425.24
PostDate: 20180607
Tran_ID: 572133431
CheckNum: 10060
DIN: 572133456
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 572133456
ECEItemSeqNum: 563845453574





Account:
Amount: 5,303.31
PostDate: 20180710
Tran_ID: 763952931
CheckNum: 10218
DIN: 763952956
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 763952956
ECEItemSeqNum: 660844033704

Account:
Amount: 5,303.31
PostDate: 20180710
Tran_ID: 763952931
CheckNum: 10218
DIN: 763952956
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 763952956
ECEItemSeqNum: 660844033704





Account:
Amount: 11,243.61
PostDate: 20181109
Tran_ID: 515629906
CheckNum: 11043
DIN: 515629926
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 515629926
ECEItemSeqNum: 660843483452

Account:
Amount: 11,243.61
PostDate: 20181109
Tran_ID: 515629906
CheckNum: 11043
DIN: 515629926
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 515629926
ECEItemSeqNum: 660843483452

# EXHIBIT D

4:45 PM

05/29/20

Accrual Basis

**Salerno Medical Associates LLP**
**Find Report**
**All Transactions**

| Type | Date | Num | Name | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|---------|-----|-------|--------|---------|
| Check | 05/07/2020 | 13585 | Integrity Practice S... | TD Bank Operating ... | X | Computer and... | 0.00 | 0.00 |
| Check | 01/31/2020 | 13342 | Integrity Practice S... | TD Bank Operating ... | X | Computer and... | 0.00 | 0.00 |
| Check | 01/31/2020 | 13345 | Integrity Practice S... | TD Bank Operating ... | X | Computer and... | 0.00 | 0.00 |
| Check | 01/29/2020 | 13328 | Integrity Practice S... | TD Bank Operating ... | X | Computer and... | 0.00 | 0.00 |
| Check | 12/20/2019 | 13170 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -22,703.00 | -22,703.00 |
| Check | 11/07/2019 | 12976 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -25,200.00 | -47,903.00 |
| Check | 09/26/2019 | 12820 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -23,226.00 | -71,129.00 |
| Check | 08/29/2019 | 12675 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -23,560.00 | -94,689.00 |
| Check | 08/27/2019 | 12657 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -23,535.00 | -118,224.00 |
| Check | 06/20/2019 | 12346 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -20,096.00 | -138,320.00 |
| Check | 03/28/2019 | 11918 | Integrity Practice S... | TD Bank Operating ... | X | Computer and... | 0.00 | -138,320.00 |
| Check | 03/14/2019 | 11841 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -17,400.00 | -155,720.00 |
| Check | 02/07/2019 | 11650 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -15,600.00 | -171,320.00 |
| Check | 01/17/2019 | 11535 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -15,320.00 | -186,640.00 |
| Check | 12/06/2018 | 11245 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -14,884.00 | -201,524.00 |
| Check | 11/14/2018 | 11098 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -13,480.00 | -215,004.00 |
| Check | 10/18/2018 | 10960 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -12,600.00 | -227,604.00 |
| Check | 09/05/2018 | 10619 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -12,600.00 | -240,204.00 |
| Check | 08/14/2018 | 10494 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -12,600.00 | -252,804.00 |
| Check | 07/05/2018 | 10250 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -12,600.00 | -265,404.00 |
| Check | 05/30/2018 | 10059 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -31,600.00 | -297,004.00 |
| Check | 05/17/2018 | 9999 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -12,600.00 | -309,604.00 |
| Check | 05/11/2018 | 9940 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -13,850.00 | -323,454.00 |
| Check | 03/12/2018 | 9585 | Integrity Practice S... | TD Bank Operating ... | | Computer and... | -25,600.00 | -349,054.00 |
| Bill Pmt -Ch... | 02/10/2017 | 7619 | Integrity Practice S... | Accounts Payable | | Accounts Pay... | -6,400.00 | -355,454.00 |
| Bill Pmt -Ch... | 12/23/2016 | 1237 | Integrity Practice S... | Greater Hudson - O... | X | Accounts Pay... | -19,200.00 | -374,654.00 |
| Bill Pmt -Ch... | 10/12/2016 | 7290 | Integrity Practice S... | TD Bank Operating ... | X | Accounts Pay... | -6,400.00 | -381,054.00 |
| Bill Pmt -Ch... | 09/14/2016 | 7204 | Integrity Practice S... | TD Bank Operating ... | X | Accounts Pay... | -6,400.00 | -387,454.00 |
| Bill Pmt -Ch... | 09/12/2016 | 1085 | Integrity Practice S... | Greater Hudson - O... | X | Accounts Pay... | -7,000.00 | -394,454.00 |
| Bill Pmt -Ch... | 09/07/2016 | 1051 | Integrity Practice S... | Greater Hudson - O... | X | Accounts Pay... | -6,400.00 | -400,854.00 |
| Bill Pmt -Ch... | 08/26/2016 | 7189 | Integrity Practice S... | TD Bank Operating ... | X | Accounts Pay... | -12,800.00 | -413,654.00 |
| Bill Pmt -Ch... | 05/13/2016 | 6794 | Integrity Practice S... | TD Bank Operating ... | X | Accounts Pay... | -6,400.00 | -420,054.00 |
| Bill Pmt -Ch... | 04/04/2016 | 6638 | Integrity Practice S... | TD Bank Operating ... | X | Accounts Pay... | -6,400.00 | -426,454.00 |
| Check | 11/24/2014 | 5012 | Integrity Practice S... | TD Bank Operating ... | X | Computer and... | -1,332.00 | -427,786.00 |
| **Total** | | | | | | | **-427,786.00** | **-427,786.00** |

# EXHIBIT E

# INVOICE

Amount Due (USD)
## $11,243.61

BILL TO
**Salerno Medical Associates**
613 Park Avenue 2nd Floor
East Orange, New Jersey 07017
United States

mrehm@salernomedical.com

**Invoice Number:** 4227

**Invoice Date:** July 25, 2018

**Payment Due:** August 24, 2018

| PRODUCT | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| **IMS Monthlies** EMR Charges for (July/August/September)2018 | 3 | $3,515.00 | $10,545.00 |

| | | |
|---|---|---|
| **Subtotal:** | $10,545.00 |
| 2018 6.625%: | $698.61 |
| **Total:** | $11,243.61 |
| **Amount Due (USD):** | **$11,243.61** |

**Notes**
Please make your checks payable to "Integrity Medical Systems LLC" and mail to "26 Musket Drive, Basking Ridge, NJ 07920
"



**Integrity Medical Systems LLC**
26 Musket Drive
Basking Ridge, New Jersey 07920
United States

**Contact Information**
Phone: 732-443-1700
Fax: 888-908-9074
www.integritymedsys.com

# EXHIBIT F

Integrity Practice Solutions LLC

26 Musket Drive
Basking Ridge, NJ 07920

# Invoice

| Date | Invoice # |
|---|---|
| 8/8/2018 | 4854 |

Bill To

Dr Alexander Salerno
Salerno Medical Associates
613 Park Avenue
East Orange, NJ 7017

| P.O. No. | Terms | Due Date | Account # |
|---|---|---|---|
| | Net 30 | 9/7/2018 | |

| Description | Amount |
|---|---|
| 7 FTE Billing Charges for July 2018 | 8,400.00 |
| 1 Medical Doctor (Dr Matib's) for July 2018 | 3,000.00 |
| 1 FTE back end data entry for July 2018 | 1,200.00 |

| | |
|---|---|
| Total | $12,600.00 |
| Payments/Credits | $0.00 |
| Balance Due | $12,600.00 |