IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP, <br><br> Plaintiff, <br><br> v. <br><br> INTEGRITY PRACTICE SOLUTIONS, LLC; INTEGRITY MEDICAL SYSTEMS, LLC; CHINTAN TRIVEDI; JOHN DOES 1-10; and ABC CORPORATIONS 1-10, <br><br> Defendants. | Docket No. <br><br> Civil Action <br><br> **DECLARATION OF** <br> **LUZ CAPCHA** |

I, Luz Capcha, of full age, declare as follows:

1.     I am employed as the Billing Manager for the plaintiff, Salerno Medical Associates, LLP ("**SMA**"), in the above-captioned matter. In that role, I have become intimately familiar with SMA's administration of its contractual arrangements with defendants, Integrity Medical Systems, LLC ("**IMS**") and Integrity Practice Solutions, LLC ("**IPS**"), and their owner, co-defendant Chintan Trivedi ("**Mr. Trivedi**"). I have personal knowledge of the facts I declare herein.

2.     From the inception of SMA's relationship with Mr. Trivedi, IMS, and IPS, I have been an active participant in SMA's ongoing assessment of its relationship with IMS and IPS, and I, like certain other SMA employees, have been in regular communication with IMS, IPS, and Mr. Trivedi. I would often communicate with IMS and IPS personnel (which were one and the same) regarding payment of invoices due to each entity.

3.     Over the course of SMA's and IMS's years' long business relationship, SMA has entrusted IMS with the protected health information ("**PHI**") of approximately 16,000 patients. Such PHI includes, without limitation, patients' names, patients' telephone numbers, patients'

addresses, patients' medical records, patients' radiograph images, laboratory results, and other information and documents regarding a patient's health status and the provision of, and payment for, medical services provided to patients (the "**SMA Patient Data**").

4. After it became clear to SMA that Mr. Trivedi could no longer be trusted, in or about December 2019, I, on behalf of SMA, affirmatively demanded that IMS begin the process to transfer SMA's Patient Data back to SMA.

5. Indeed, we sent IMS a hard drive to facilitate the SMA Patient Data migration process, and repeatedly advised that SMA's in-house information technology personnel were standing ready to receive the data. Indeed, we estimate that about 150 hours of our information technology personnel's time, valued at approximately $22,450, has been spent preparing for the data migration. Further, we agreed to pay a reasonable data migration fee.

6. Even though we earnestly sought to initiate the migration as soon as possible, and made clear to IMS that it was no longer authorized to retain the SMA Patient Data for purposes other than the migration of the same back to SMA, IMS engaged in a campaign of delay and obfuscation, making clear to us that it would not return the data to us unless and until we paid IMS and IPS amounts allegedly owed to them by SMA, including amounts allegedly owed for electronic medical recordkeeping ("**EMR**") services allegedly provided by IMS in 2014 and 2015.

7. SMA, through December 2019, has paid IMS $285,515.31 for EMR services provided, including for amounts for services provided in 2014 and 2015.

8. Notwithstanding this, as recently as February 10, 2020, IMS, by and through Raghav, an individual in Mr. Trivedi's employ, sent me an email containing the an Excel spreadsheet, a portion of which I've pasted below, reflecting that, from January 2014 through March 2020, the total amount that IMS has invoiced SMA is $262,619.66, *well below* the total

amount of money that SMA has, in fact, paid IMS, and outrageously demands an additional $87,572.19.

### Salerno Medical Associates EMR Service

| Quarterly | Invoice Numbers | Monthly Rate | Invoiced Amount | Due Amount | Status | Payment Details | | |
|---|---|---|---|---|---|---|---|---|
| One Time Upfront Charges | #1262 | | $26,750.00 | $0.00 | Invoice Closed | 12/2/16 | | $10,000.00 |
| Jan 2014 to Mar 2014 | #0002365 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Apr 2014 to Jun 2014 | #0002366 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Jul 2014 to Sep 2014 | #0002365 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Oct 2014 to Dec 2014 | #0002345 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Jan 2015 to Mar 2015 | #0002366 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Apr 2015 to Jun 2015 | #0002265 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Jul 2015 to Sep 2015 | #0002365 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Oct 2015 to Dec 2015 | #0002366 | $2,193.00 | $6,842.17 | $6,842.17 | Invoice Open | | | |
| Jan 2016 to Mar 2016 | #002200 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 12/27/16 | Chk#1150 | $5,000.00 |
| Apr 2016 to Jun 2016 | #002201 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 2/24/17 | Chk#7639 | $11,750.00 |
| Jul 2016 to Sep 2016 | #002202 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 5/1/17 | Chk#7706 | $12,800.00 |
| Oct 2016 to Dec 2016 | #002203 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 5/12/17 | Chk#7770 | $30,000.00 |
| Jan 2017 to Mar 2017 | #00001049 | $2,610.00 | $8,366.31 | $0.00 | Invoice Closed | 9/25/17 | Chk#8514 | $9,600.00 |
| Apr 2017 to Jun 2017 | #00001050 | $2,610.00 | $8,366.31 | $0.00 | Invoice Closed | | | |
| July 2017 to Sep 2017 | #002753 | $2,610.00 | $8,366.31 | $0.00 | Invoice Closed | 8/7/18 | Chk#10060 | $27,425.24 |
| Oct 2017 to Dec 2017 | #002754 | $2,925.00 | $9,378.28 | $0.00 | Invoice Closed | | | |
| Jan 2018 to Mar 2018 | #002755 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | | | |
| April 2018 to June 2018 | #4085 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | 9/5/18 | Chk#10534 | $11,243.61 |
| July 2018 to Sep 2018 | #4227 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | 7/10/18 | Chk#10218 | $5,303.31 |
| Oct 2018 to Dec 2018 | #0002101 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | 11/9/18 | Chk#11043 | $11,243.61 |
| Jan 2019 to Mar 2019 | #0002176 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | 8/28/19 | Chk#12524 | $11,243.61 |
| April 2019 to June 2019 | #0002239 | $4,129.00 | $13,207.64 | $0.00 | Invoice Closed | 9/23/19 | Chk#12695 | $13,207.65 |
| July 2019 to Sep 2019 | #0002309 | $4,759.00 | $15,222.85 | $15,222.85 | Invoice Open | | | |
| Oct 2019 to Dec 2019 | #0002361 | $5,074.00 | $16,230.46 | $0.00 | Invoice Closed | 1/14/20 | Chk#13169 | $16,230.46 |
| Jan 2020 to Mar 2020 | #2020-039 | $5,074.00 | $16,230.46 | $16,230.46 | Invoice Open | | | |
| | | | **$262,619.66** | **$87,572.19** | | | | **$175,047.49** |

9.      A copy of this email, along with its attachment, is attached hereto as **Exhibit A**.

10.      Whether by negligent bookkeeping or by design, IMS is purposefully demanding payment of monies to which it is decidedly not entitled and it is holding SMA Patient Data hostage until said amount is paid, thereby placing SMA, and, more importantly, its patients, at the mercy of the bounds of Mr. Trivedi's avarice.

11.      In addition, over the past two weeks, up to and including today, June 9, 2020, IMS has been, it appears, purposefully interrupting SMA's ability to access the SMA Patient Data by, among other things, willfully disconnecting, at random, certain SMA users' access to the SMA Patient Data, *i.e.* – these random users are kicked off of, and lose the ability to login to, the Meditab software that is licensed to SMA through IMS, and, hence, they lose the ability to treat patients during the period of disconnection. The periods of disruption last, on average, between twenty to ninety minutes, and occur during our regular business hours when patients are being treated. When these incidents occur, an error message pops up on the SMA user's computer that says: "The remote computer has ended the connection."

12. Although we have had some connectivity issues with the IMS system in the past, the problem has never been as bad as it has become over the past two weeks, during which certain random users completely lose the ability to login and access the SMA Patient Data. Now, at any single point in time during regular business hours, approximately between 30-50 of SMA's users are unable to log into the Meditab EMR software that SMA licenses through IMS and unable to access the SMA Patient Data housed on IMS's servers.

13. When I have raised these issues with Mr. Trivedi, and what I think is a clear retaliatory attempt frustrate the medical care that SMA provides to its patients, Mr. Trivedi paints a façade of cooperation but, in fact, engages in nothing more than delay and obfuscation. He has responded by requesting that SMA provide him with burdensome additional details, which serve no purpose other than delay and which SMA was never before required to provide to resolve any issues that may have previously emerged regarding the SMA Patient Data and the EMR services that IMS provides to SMA. Indeed, as recently as an email I sent today, I advised Mr. Trivedi as follows, and reiterated SMA's demand for the return of the SMA Patient Data. Specifically, I wrote to Mr. Trivedi as follows:

> If IMS had complied with SMA's demand, first made at the end of 2019, that IMS immediately return to SMA our patient data, which is SMA's property, we would not be in this position right now. In the past, whenever we had connectivity issues (although such issues were never as significant and pervasive as they have become since the emergence of this dispute between us), you never requested that we first clear the kinds of obstacles that you are now creating with the obvious retaliatory purpose of delaying us and frustrating the care that SMA is providing to our patients.
>
> Please immediately transfer our data to us. It is wrong for you and IMS to continue to hold the same hostage. Please be reminded that IMS no longer possesses the authority to continue to use SMA's data as it had been prior to our data transfer demand.

> In the meantime, please fix the issues I've identified so that we can treat our patients until the data migration is complete. I believe that I have been specific enough with respect to the issues we are experiencing. If you have any questions, please don't hesitate to call me at any time.

14. In his email response to me, Mr. Trivedi ignored SMA's demand for the return of the SMA Patient Data, disregarded the significance of the consistent and pervasive disruptions, described above, that SMA has been experiencing for the past two weeks, and denied that the SMA Patient Data was being held hostage because, in his words, "SMA always has and continues to have access to the EMR software/platform and the data on it."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 9, 2020

_____
Luz Capcha

# EXHIBIT A

**Luz Capcha**

**From:** raghavendra@iglobalservices.net
**Sent:** Monday, February 10, 2020 12:56 PM
**To:** Luz Capcha
**Subject:** IMS licences update
**Attachments:** Salerno Medical Updated.xls

Hi Luz,

Please find attached statement and licences list given below.

If any queries please let me know.

Thanks
Raghav

---

**From:** "Anu Pillai" <anu@iglobalservices.net>
**To:** raghavendra@iglobalservices.net
**Cc:** "Tarun Thakur" <tarun@iglobalservices.net>, "implement" <implement@iglobalservices.net>, "Integrity Medical Systems" <accounting@iglobalservices.net>
**Sent:** Monday, February 10, 2020 9:55:03 AM
**Subject:** Re: IMS lisences

Hi Raghav,

Below is the list of all Providers and NP with SMA.

1

| Name | DOB | Sex | Job Title |
| --- | --- | --- | --- |
| Gabaud Dumesle, Guetty | | Female | Nurse Practitioner |
| Fodor, Andrea | | Female | Nurse Practitioner |
| Mayers, Sharon | | Female | Nurse Practitioner |
| Errazo, Christina | | Female | Nurse Practitioner |
| Vasquez, Maria | | Male | Nurse Practitioner |
| Parvez, Uzma | | Female | Provider |
| Cheng, Christopher | | Male | Provider |
| Galope, Roel | | Male | Provider |
| Chapanian, Sarin | | Male | Provider |
| Mendez, Missy | | Female | Provider |
| Fidalgo, Sofie | | Female | Provider |
| Evans, Elizabeth | | Female | Provider |
| Marino, Amanda | | Female | Provider |
| Lutchman, Gordon | | Male | Provider |
| Laschiver, Bela | | Female | Provider |
| Larrea, Diana. | | Female | Provider |
| Larrea, Diana | | Female | Provider |
| Shah, Nilay | | Male | Provider |
| Serrano, Darlene | | Female | Provider |
| Sanchez, Nyasia | | Female | Provider |
| Salerno, Svetlana | | Female | Provider |
| Salerno, Alexander | | Male | Provider |
| Sahni, Rakesh | | Male | Provider |
| Ramos, Aida | | Female | Provider |
| Acevedo Beltran, Edrik | | Male | Provider |
| Davidson, Leo | | Male | Provider |
| Rahman, Syed | | Male | Provider |
| Hsieh, Kiang-Yiao | | Male | Provider |

Thank you,

Anu Pillai

|Phone:973-810-0196| Fax: 888-908-9074|

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

| Salerno Medical Associates EMR Service |||||||||
|---|---|---|---|---|---|---|---|---|
| Quaterly | Invoice Numbers | Monthly Rate | Invoiced Amount | Due Amount | Status | Payment Details |||
| One Time Upfront Charges | #1262 | | $26,750.00 | $0.00 | Invoice Closed | 12/2/16 | | $10,000.00 |
| Jan2014 to Mar2014 | #0002366 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Apr2014 to Jun2014 | #0002366 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Jul2014 to Sep2014 | #0002366 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Oct2014 to Dec2014 | #0002366 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Jan2015 to Mar2015 | #0002366 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Apr2015 to Jun2015 | #0002366 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Jul2015 to Sep2015 | #0002366 | $2,193.00 | $7,039.53 | $7,039.53 | Invoice Open | | | |
| Oct2015 to Dec2015 | #0002366 | $2,193.00 | $6,842.17 | $6,842.17 | Invoice Open | | | |
| Jan2016 to Mar2016 | #002200 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 12/27/16 | Chk#1150 | $5,000.00 |
| Apr2016 to Jun2016 | #002201 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 2/24/17 | Chk#7639 | $11,750.00 |
| Jul2016 to Sep2016 | #002202 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 5/1/17 | Chk#7756 | $12,800.00 |
| Oct2016 to Dec2016 | #002203 | $2,193.00 | $7,039.53 | $0.00 | Invoice Closed | 5/12/17 | Chk#7770 | $30,000.00 |
| Jan2017 to Mar2017 | #00001049 | $2,610.00 | $8,368.31 | $0.00 | Invoice Closed | 9/25/17 | Chk#8514 | $9,600.00 |
| Apr2017 to Jun2017 | #00001050 | $2,610.00 | $8,368.31 | $0.00 | Invoice Closed | | | |
| July2017 to Sep2017 | #002753 | $2,610.00 | $8,368.31 | $0.00 | Invoice Closed | 6/7/18 | Chk#10060 | $27,425.24 |
| Oct2017 to Dec2017 | #002754 | $2,925.00 | $9,378.28 | $0.00 | Invoice Closed | | | |
| Jan2018 to Mar2018 | #002755 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | | | |
| April2018 to June2018 | #4085 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | 9/5/18 | Chk#10534 | $11,243.61 |
| July2018 to Sep2018 | #4227 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | 7/10/18 | Chk#10218 | $5,303.31 |
| Oct2018 to Dec2018 | #0002101 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | 11/9/18 | Chk#11043 | $11,243.61 |
| Jan2019 to Mar2019 | #0002176 | $3,515.00 | $11,243.61 | $0.00 | Invoice Closed | 8/28/19 | Chk#12524 | $11,243.61 |
| April2019 to June2019 | #0002239 | $4,129.00 | $13,207.64 | $0.00 | Invoice Closed | 9/23/19 | Chk#12699 | $13,207.65 |
| July2019 to Sep2019 | #0002309 | $4,759.00 | $15,222.85 | $15,222.85 | Invoice Open | | | |
| Oct2019 to Dec2019 | #0002361 | $5,074.00 | $16,230.46 | $0.00 | Invoice Closed | 1/14/20 | Chk#13169 | $16,230.46 |
| Jan2020 to Mar2020 | #2020-039 | $5,074.00 | $16,230.46 | $16,230.46 | Invoice Open | | | |
| | | | $262,619.66 | $87,572.19 | | | | $175,047.49 |