# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC; INTEGRITY MEDICAL SYSTEMS, LLC; CHINTAN TRIVEDI; JOHN DOES 1-10; and ABC CORPORATIONS 1-10,<br><br>Defendants. | Civil Action No. 2:20-cv-7076<br><br><br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

Pursuant to Local Civil Rule 11.2, I, the undersigned attorney of record for plaintiff, Salerno Medical Associates, LLP ("**SMA**") in the above-captioned matter, hereby certify that, to the best of my knowledge and belief, the matter in controversy herein is not the subject of any other action pending any court, or of any pending arbitration or administrative proceeding.

                                              **MANDELBAUM SALSBURG, P.C.**
                                              Attorneys for Plaintiff

By: _____
      Christopher G. Salloum, Esq.
      3 Becker Farm Road
      Roseland, New Jersey 07068
      Tel. 973.736-4600
      Fax. 973-736-4670
      Email: csalloum@lawfirm.ms

DATED:  June 10, 2020
              Roseland, New Jersey