Christopher G. Salloum, Esq.
Steven W. Teppler, Esq.
**MANDELBAUM SALSBURG, P.C.**
3 Becker Farm Road – Suite 105
Roseland, New Jersey 07068
Tel. 973-736-4600
Fax. 973-736-4670
Attorneys for Plaintiff
  Salerno Medical Associates, LLP

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC; INTEGRITY MEDICAL SYSTEMS, LLC; CHINTAN TRIVEDI; JOHN DOES 1-10; and ABC CORPORATIONS 1-10,<br><br>　　　　　　　　　　Defendants. | Civil Action No.<br>2:20-cv-07076-JMV-JBC<br><br>Hon. John M. Vazquez, U.S.D.J.<br>Hon. James B. Clarke, U.S.M.J.<br><br>**ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br><u>A PRELIMINARY INJUNCTION</u>** |

**THIS MATTER** having been brought before the Court by the application of the plaintiff, Salerno Medical Associates, LLC ("**SMA**" or "**Plaintiff**"), for a preliminary injunction enjoining defendants, Integrity Medical Systems, LLC ("**IMS**"), Integrity Practice Solutions, LLC ("**IPS**"), Chintan Trivedi ("**Mr. Trivedi**"), John Does 1-10, and ABC Corporations 1-10 (all named defendants

collectively, "**Defendants**"), and all persons acting in concert with them, from using, disclosing, transferring, deleting, destroying, manipulating, and/or otherwise altering the protected health information ("**PHI**") pertaining to 16,000 of SMA's patients, including, without limitation, patients' names, patients' telephone numbers, patients' addresses, patients' medical records, patients' radiograph images, laboratory results, and other information and documents regarding a patient's health status and the provision of, and payment for, medical services provided to SMA patients (the "**SMA Patient Data**"), and requiring Defendants forthwith to return, or otherwise cause the migration of, the SMA Patient Data to SMAand the Court, having considered Plaintiff's Verified Complaint, declarations submitted therewith, and Memorandum of Law, and good cause otherwise having been shown;

**IT IS** on this _____ day of July 2020;

**ORDERED** that SMA's Motion for a Preliminary Injunction shall be, and hereby is, granted for the reasons stated in Plaintiff's moving papers; and it is further

**ORDERED** that Defendants, and all persons acting in concert with them, shall be, and hereby are, preliminarily enjoined and restrained from using, disclosing, transferring, deleting, destroying, manipulating, and/or otherwise altering the SMA Patient Data; and it is further

**ORDERED** that IMS shall forthwith return, or otherwise cause the migration of, the SMA Patient Data to SMA no later than seven (7) days from the date of this Order.

**IT IS SO ORDERED.**

_____
The Hon. John Michael Vasquez, U.S.D.J.