**Christopher G. Salloum, Esq.**
**Steven W. Teppler, Esq.**
**MANDELBAUM SALSBURG, P.C.**
**3 Becker Farm Road – Suite 105**
**Roseland, New Jersey 07068**
**Tel. 973-736-4600**
**Fax. 973-736-4670**
**Attorneys for Plaintiff**
  Salerno Medical Associates, LLP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP, <br><br> Plaintiff, <br><br> v. <br><br> INTEGRITY PRACTICE SOLUTIONS, LLC; INTEGRITY MEDICAL SYSTEMS, LLC; CHINTAN TRIVEDI; JOHN DOES 1-10; and ABC CORPORATIONS 1-10, <br><br> Defendants. | Civil Action No. <br> 2:20-cv-07076-JMV-JBC <br><br> Hon. John M. Vazquez, U.S.D.J. <br> Hon. James B. Clarke, U.S.M.J. <br><br> **CERTIFICATE OF SERVICE** |

I, Christopher G. Salloum, Esq., of full age, say as follows:

1.   I am an attorney admitted to practice law before this Court, and I am an associate of Mandelbaum Salsburg, P.C., attorneys for the plaintiff, Salerno Medical Associates, LLP ("**Plaintiff**") in the above-captioned matter.  I am one of the

principal attorneys assigned to handle this matter, and, as such, I am fully familiar with the facts pertaining thereto.

2. By way of email to be sent today, June 11, 2020, I served upon Daniel B. Frier, Esq. and Michelle L. Greenberg, Esq., attorneys for defendants, Integrity Medical Systems, LLC ("**IMS**"), Integrity Practice Solutions, LLC ("**IPS**"), Chintan Trivedi ("**Mr. Trivedi**") the following: (1) Notice of Plaintiff's Motion for a Preliminary Injunction; (2) Proposed Order; (3) Memorandum of Law; and (4) Plaintiff's Verified Complaint and its supporting declarations and the exhibits annexed thereto.

3. Mr. Frier and Ms. Greenberg have graciously agreed to accept service on behalf of IMS, IPS, and Mr. Trivedi.

4. Today, June 11, 2020, I caused to be sent to the chambers of the Honorable John M. Vasquez, U.S.D.J., courtesy copies of the above-mentioned papers.

5. I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
Christopher G. Salloum, Esq.

DATED: June 11, 2020
Roseland, New Jersey