Christopher G. Salloum, Esq.
Steven W. Teppler, Esq.
MANDELBAUM SALSBURG, P.C.
3 Becker Farm Road – Suite 105
Roseland, New Jersey 07068
Tel. 973-736-4600
Fax. 973-736-4670
Attorneys for Plaintiff
 Salerno Medical Associates, LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC;<br>INTEGRITY MEDICAL SYSTEMS, LLC;<br>CHINTAN TRIVEDI; JOHN DOES 1-10; and<br>ABC CORPORATIONS 1-10,<br><br>　　　　　　Defendants. | Civil Action No.<br>2:20-cv-07076-JMV-JBC<br><br>Hon. John M. Vazquez, U.S.D.J.<br>Hon. James B. Clarke, U.S.M.J.<br><br>**WAIVER OF THE SERVICE<br>OF SUMMONS** |

To:　　Christopher Salloum
　　　　Attorney for plaintiff, Salerno Medical Associates, LLP

　　I have received your request to waive service of a summons in the above-captioned action along with a copy of the Verified Complaint and all supporting documents filed therewith.

　　The entities and the individual that I represent in this action, Integrity Practice Solutions, LLC, Integrity Medical Systems, LLC, and Chintan Trivedi, agree to save the expense of serving a summons and complaint in this case.

I understand that the entities and individual that I represent in this matter will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that the entities and individual that I represent must file and serve an answer or a motion under Rule 12 within 60 days from June 11, 2020, the date when this request was sent. If an answer or a motion is not filed, a default judgment will be entered against the entities and the individual I represent.

Dated: June 12, 2020

_____
Michelle L. Greenberg, Esq.
Frier Levitt, LLP
84 Bloomfield Avenue
Pine Brook, New Jersey 07058
Email: mgreenberg@frierlevitt.com
Tel. 973-852-8353

Parties waiving service of summons:
- Integrity Practice Solutions, LLC
- Integrity Medical Systems, LLC
- Chintan Tivedi