**JONATHAN E. LEVITT (JEL-3881)**
**MICHELLE L. GREENBERG (MG-3047)**
**JASON N. SILBERBERG (JNS-6611)**
**NICOLE M. DEWITT (183212016)**
**FRIER & LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, NJ 07058
(973) 618-1660
**Attorneys for Defendants**
**Integrity Practice Solutions, LLC;**
**Integrity Medical Systems, LLC; and Chintan Trivedi**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>                    Plaintiffs,<br><br>         v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC; INTEGRITY MEDICAL SYSTEMS, LLC; CHINTAN TRIVEDI; JOHN DOES 1-10; and ABC CORPORATIONS 1-10,<br><br>                    Defendants. | Civil Action No. 2:20-cv-7076<br><br>**NOTICE OF APPEARANCE** |

I, Michelle L. Greenberg, of Frier & Levitt, LLC, do hereby enter an appearance on behalf of Defendants, INTEGRITY PRACTICE SOLUTIONS, LLC, INTEGRITY MEDICAL SYSTEMS, LLC and CHINTAN TRIVEDI, in the above-captioned lawsuit. Request is hereby made that all notices given or required to be given in this case and all papers served in this case be served upon my office at:

>  Michelle L. Greenberg, Esq.
>
>  Frier & Levitt, LLC
>  84 Bloomfield Avenue
>  Pine Brook, NJ 07058
>  mgreenberg@frierlevitt.com

>                         **FRIER & LEVITT, LLC**
>
>                         Attorneys for Defendants
>                         **Integrity Practice Solutions, LLC;**
>                         **Integrity Medical Systems, LLC; and Chintan Trivedi**
>
>                         By: _s/ Michelle L. Greenberg_
>                         Michelle L. Greenberg, Esq. (MG3047)

Dated: June 17, 2020

1