**JONATHAN E. LEVITT (JEL-3881)**
**MICHELLE L. GREENBERG (MG-3047)**
**JASON N. SILBERBERG (JNS-6611)**
**NICOLE M. DEWITT (183212016)**
**FRIER & LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, NJ 07058
(973) 618-1660
**Attorneys for Defendants**
**Integrity Practice Solutions, LLC;**
**Integrity Medical Systems, LLC; and Chintan Trivedi**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC; INTEGRITY MEDICAL SYSTEMS, LLC; CHINTAN TRIVEDI; JOHN DOES 1-10; and ABC CORPORATIONS 1-10,<br><br>Defendants. | Civil Action No. 2:20-cv-7076<br><br>**NOTICE OF APPEARANCE** |

I, Jason N. Silberberg, of Frier & Levitt, LLC, do hereby enter an appearance on behalf of Defendants, INTEGRITY PRACTICE SOLUTIONS, LLC, INTEGRITY MEDICAL SYSTEMS, LLC and CHINTAN TRIVEDI, in the above-captioned lawsuit.

                                              **FRIER & LEVITT, LLC**
                                              Attorneys for Defendants
                                              **Integrity Practice Solutions, LLC;**
                                              **Integrity Medical Systems, LLC; and Chintan Trivedi**

                                              By: s/ Jason N. Silberberg
                                              Jason N. Silberberg, Esq. (JNS6611)

Dated: June 17, 2020