JONATHAN E. LEVITT (JEL-3881)
MICHELLE L. GREENBERG (MG-3047)
JASON N. SILBERBERG (JNS-6611)
NICOLE M. DEWITT (183212016)
FRIER & LEVITT, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(973) 618-1660
**Attorneys for Defendants**
**Integrity Practice Solutions, LLC;**
**Integrity Medical Systems, LLC; and Chintan Trivedi**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC;<br>INTEGRITY MEDICAL SYSTEMS, LLC;<br>CHINTAN TRIVEDI; JOHN DOES 1-10; and<br>ABC CORPORATIONS 1-10,<br><br>Defendants. | Civil Action No. 2:20-cv-7076<br><br>**NOTICE OF APPEARANCE** |

I, Nicole M. DeWitt, of Frier & Levitt, LLC, do hereby enter an appearance on behalf of Defendants, INTEGRITY PRACTICE SOLUTIONS, LLC, INTEGRITY MEDICAL SYSTEMS, LLC and CHINTAN TRIVEDI, in the above-captioned lawsuit.

        **FRIER & LEVITT, LLC**
        Attorneys for Defendants
        **Integrity Practice Solutions, LLC;**
        **Integrity Medical Systems, LLC; and Chintan**
        **Trivedi**

        By: s/ Nicole M. DeWitt
        Nicole M. DeWitt, Esq. (183212016)

Dated: June 19, 2020