**JONATHAN E. LEVITT (JEL-3881)**
**MICHELLE L. GREENBERG (MG-3047)**
**JASON N. SILBERBERG (JNS-6611)**
**NICOLE M. DEWITT (810473)**
FRIER & LEVITT, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(973) 618-1660
**Attorneys for Defendants**
**Integrity Practice Solutions, LLC;**
**Integrity Medical Systems, LLC; and Chintan Trivedi**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>                              Plaintiffs,<br>       v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC;<br>INTEGRITY MEDICAL SYSTEMS, LLC;<br>CHINTAN TRIVEDI; JOHN DOES 1-10; and<br>ABC CORPORATIONS 1-10,<br><br>                              Defendants. | Civil Action No. 2:20-cv-7076<br><br>**NOTICE OF APPEARANCE** |

I, Nicole M. DeWitt, of Frier & Levitt, LLC, do hereby enter an appearance on behalf of Defendants, INTEGRITY PRACTICE SOLUTIONS, LLC, INTEGRITY MEDICAL SYSTEMS, LLC and CHINTAN TRIVEDI, in the above-captioned lawsuit.

                              **FRIER & LEVITT, LLC**
                              Attorneys for Defendants
                              **Integrity Practice Solutions, LLC;**
                              **Integrity Medical Systems, LLC; and Chintan**
                              **Trivedi**

                              By:  s/ Jonathan E. Levitt
                              Jonathan E. Levitt, Esq. (JEL-3881)

Dated: June 17, 2020

1