UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** 6/19/2020
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 20-7076

Salerno Medical v Intergreity Practice Solutions

**APPEARANCES:**

Christopher Salloum, Esq. for Plaintiff
Steve Tettler, Esq. Plaintiff
Mohamed Nabulsi, Esq.
Michelle Greenberg, Esq. for Defendant
Jason Silverberg, Esq. for Defendant

**Nature of Proceedings**: STATUS TELEPHONE CONFERENCE held on the record

Status conference held regarding the pending motion for TRO.
Conference call scheduled for June 25, 2020 at 11:00 a.m.

**Time Commenced: 11:30**
**Time Adjourned: 12:30**
**Total Time:**

                RoseMarie Olivieri
                SENIOR COURTROOM DEPUTY