

Christopher G. Salloum  
Associate

direct: 973-607-1267  
csalloum@lawfirm.ms

June 22, 2020

**VIA ECF**

The Honorable John M. Vazquez, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>  RE:   *Salerno Medical Associates, LLP v. Chintan Trivedi,* et al.
>        Civil Action No. 2:20-cv-07076-JMV-JBC

Dear Judge Vazquez:

We represent plaintiff, Salerno Medical Associates, LLP ("Plaintiff"), in the above-referenced matter.

A telephone conference to discuss Plaintiff's pending Motion for a Preliminary Injunction is presently scheduled for Thursday, June 25, 2020 at 11:00 a.m. Because co-counsel for Plaintiff, Steven Teppler, Esq., is unavailable at that time, we are writing to respectfully request that the Court adjourn the conference call to a time at or after 3:30 p.m. on either Thursday, June 25 or Friday, June 26. We have conferred with counsel for the defendants, Michelle L. Greenberg, Esq., and Jason Silberberg, Esq., and they have advised that they are amenable to an adjournment and are available at those times too.

We thank the Court for its consideration of this request. Should the Court require any additional information, we will endeavor to provide it.

The Hon. John M. Vazquez, U.S.D.J.
June 22, 2020
Page 2



Respectfully submitted,

**MANDELBAUM SALSBURG, P.C.**

By: _____
Christopher G. Salloum

The telephone conference scheduled for June 25, 2020 will commence at 3;30 p.m.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 6/22/2020