**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 6/25/2020
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 20-7076

Salerno Medical v Intergreity Practice Solutions

**APPEARANCES:**

Christopher Salloum, Esq. for Plaintiff
Steve Tettler, Esq. Plaintiff
Mohamed Nabulsi, Esq.
Michelle Greenberg, Esq. for Defendant
Jason Silverberg, Esq. for Defendant


**Nature of Proceedings**: STATUS TELEPHONE CONFERENCE held on the record

Status conference held regarding the pending motion for TRO.
Briefing scheduled issued.
Oral argument is scheduled for July 10, 2020 at 2:00 p.m.


**Time Commenced: 3:30**
**Time Adjourned: 4:30**
**Total Time: 1:00**

                                                   RoseMarie Olivieri
                                                 SENIOR COURTROOM DEPUTY