**Christopher G. Salloum, Esq.**
**Steven W. Teppler, Esq.**
**MANDELBAUM SALSBURG, P.C.**
3 Becker Farm Road – Suite 105
Roseland, New Jersey 07068
Tel. 973-736-4600
Fax. 973-736-4670
**Attorneys for Plaintiff**
  Salerno Medical Associates, LLP

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>                Plaintiff,<br><br>v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC; INTEGRITY MEDICAL SYSTEMS, LLC; CHINTAN TRIVEDI; JOHN DOES 1-10; and ABC CORPORATIONS 1-10,<br><br>                Defendants. | Civil Action No.<br>2:20-cv-07076-JMV-JBC<br><br>Hon. John M. Vazquez, U.S.D.J.<br>Hon. James B. Clark, U.S.M.J.<br><br>**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**Oral Argument Requested**<br><br>Returnable: July 10, 2020 |

TO:   Integrity Medical Systems, LLC
        Integrity Practice Solutions, LLC
        Chintan Trivedi
        c/o Michelle L. Greenberg, Esq.
        84 Bloomfield Avenue
        Pine Brook, New Jersey 07058

**PLEASE TAKE NOTICE** that on **Monday, July 6, 2020,** or as soon thereafter as counsel may be heard, plaintiff, Salerno Medical Associates, LLP ("**Plaintiff**" or "**SMA**"), by and through its attorneys, Mandelbaum Salsburg, P.C., shall apply before the Honorable John Michael Vazquez, U.S.D.J., U.S. District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for a preliminary injunction (the "**Motion**") enjoining defendants, Integrity Medical Systems, LLC ("**IMS**"), Integrity Practice Solutions, LLC ("**IPS**"), Chintan Trivedi ("**Mr. Trivedi**"), John Does 1-10, and ABC Corporations 1-10 (all named defendants collectively, "**Defendants**"), and all persons acting in concert with them, from using, disclosing, transferring, deleting, destroying, manipulating, and/or otherwise restricting SMA's access to, the protected health information ("**PHI**") pertaining to 16,000 of SMA's patients, including, without limitation, patients' names, patients' telephone numbers, patients' addresses, patients' medical records, patients' radiograph images, laboratory results, and other information and documents regarding a patient's health status and the provision of, and payment for, medical services provided to SMA patients (the "**SMA Patient Data**"), and requiring Defendants forthwith to return, or otherwise cause the migration of, the SMA Patient Data to SMA.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, SMA shall rely upon its Amended Verified Complaint, the declarations submitted in

support thereof and the exhibits annexed thereto, and the Memorandum of Law, and all other pleadings, papers, evidence, and Orders on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 7.1(e), a copy of the proposed form of Order is included herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), SMA hereby requests oral argument; and

                                               **MANDELBAUM SALSBURG, P.C.**
                                               Attorneys for Plaintiff

                          By: _____
                                               Christopher G. Salloum, Esq.
                                               3 Becker Farm Road
                                               Roseland, New Jersey 07068
                                               Tel. 973.736-4600
                                               Fax. 973-736-4670
                                               Email: csalloum@lawfirm.ms

DATED:  June 26, 2020
              Roseland, New Jersey