# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC; INTEGRITY MEDICAL SYSTEMS, LLC; CHINTAN TRIVEDI; JOHN DOES 1-10; and ABC CORPORATIONS 1-10,<br><br>Defendants. | Civil Action No. 2:20-cv-07076<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Richard B. Robins, Esq. of Mandelbaum Salsburg, P.C., hereby enters his appearance as co-counsel of record for the plaintiff, Salerno Medical Associates, LLP ("**Plaintiff**"), in the above-captioned matter.

**MANDELBAUM SALSBURG P.C.**
Attorneys for Plaintiff

By:    s/Richard B. Robins
      Richard B. Robins, Esq.
      NJ Bar No. 025461988
      3 Becker Farm Road
      Roseland, New Jersey 07068
      Tel. 973.736-4600

DATED: July 1, 2020
          Roseland, New Jersey
      Fax. 973-736-4670
      Email: rrobins@lawfirm.ms