THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRITY PRACTICE SOLUTIONS, LLC, INTEGRITY MEDICAL SOLUTIONS, LLC, and CHINTAN TRIVEDI,<br><br>Defendants. | CASE NO.: 1:20-cv-07076 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses Counts 1 through 5, Counts 7 through 10, and Counts 12 through 13 **with prejudice**. Plaintiff voluntarily dismisses Counts 6 and 11 **without prejudice**. Neither party admits to any wrongdoing, and Defendants expressly deny any and all wrongdoing alleged in this action.

Respectfully submitted,

**MANDELBAUM SALSBURG, P.C.**
Attorneys for Plaintiff

By:  /s/Steven W. Teppler
   Steven W. Teppler, Esq.
   NJ Bar No. 30982019
   3 Becker Farm Road
   Roseland, New Jersey 07068
   Tel. 973.736-4600
DATED:  January 22, 2021    Fax. 973.736-4670
   Roseland, New Jersey    Email: steppler@lawfirm.ms

1

Certificate of Service

I hereby certify that on January 22, 2021, a copy of the foregoing was served on Jason Silberberg, Esq., counsel for all Defendants, through the Court's electronic case management program.

/s/ Steven W. Teppler
Steven W. Teppler