**THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

SALERNO MEDICAL ASSOCIATES, LLP,

      Plaintiff,

   v.

INTEGRITY PRACTICE SOLUTIONS,
LLC, INTEGRITY MEDICAL SOLUTIONS,
LLC, and CHINTAN TRIVEDI,

      Defendants.

**CASE NO.: 1:20-cv-07076**

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Pursuant to <u>F.R.C.P.</u> 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses Counts 1 through 5, Counts 7 through 10, and Counts 12 through 13 **with prejudice**. Plaintiff voluntarily dismisses Counts 6 and 11 **without prejudice**. Neither party admits to any wrongdoing, and Defendants expressly deny any and all wrongdoing alleged in this action.

Respectfully submitted,

**MANDELBAUM SALSBURG, P.C.**
Attorneys for Plaintiff

By:    /s/Steven W. Teppler
      Steven W. Teppler, Esq.
      NJ Bar No. 30982019
      3 Becker Farm Road
      Roseland, New Jersey 07068
      Tel. 973.736-4600
DATED:  January 22, 2021      Fax. 973-736-4670
     Roseland, New Jersey      Email: steppler@lawfirm.ms

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 1/25/21